IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:12CR45

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT GARDNER WARREN, )<br>)<br>Defendant. ) | **ORDER OF FORFEITURE** |

WHEAREAS, as a result of the guilty plea of the defendant to the violation stated in the Bill of Information for which the United States sought forfeiture pursuant to 18 U.S.C. § 982(a)(2), 21 U.S.C. § 853, 31 U.S.C. § 5317(c), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), the defendant shall forfeit to the United States all property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violation.

WHEREAS, the Court has determined, based on the Bill of Information and the guilty plea of the defendant, that the below-described property is subject to forfeiture as criminal proceeds pursuant to 18 U.S.C. § 982(a)(2), 21 U.S.C. § 853, 31 U.S.C. § 5317(c), and 28 U.S.C. § 2461(c).

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

It is therefore ORDERED:

1. **The following property** is hereby forfeited to the United States:

- **A personal money judgment in the amount of $140,670.00 in United States Currency.**

2. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

3. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $140,670.00 to satisfy the money judgment in whole or in part.

4. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

This the 16th day of October, 2012

Dennis L. Howell
United States Magistrate Judge